UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORIGINAL MANN, formerly known as CYRUS GASBY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USHER RAYMOND, LIL JON,<br><br>　　　　Defendants. | Case No. 2:23-cv-01578-CDS-EJY<br><br>**REPORT AND RECOMMENDATION** |

On October 2, 2023, Plaintiff, an inmate in federal custody, submitted a Civil Rights Complaint (ECF No. 1-1), but failed to file a complete *in forma pauperis* ("IFP") application or pay the required filing fee. Plaintiff filed a complete IFP application on October 10, 2023. ECF No. 4. On October 21, 2023, the Court granted Plaintiff's IFP application and issued an Order dismissing Plaintiff's Complaint without prejudice with leave to file a first amended complaint no later than November 30, 2023. ECF No. 6. The Order concluded that if Plaintiff failed to file his first amended complaint, the Court would recommend this case be dismissed in its entirety with prejudice. *Id.* at 2. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 8th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

1

1  objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also
2  held that (1) failure to file objections within the specified time and (2) failure to properly address
3  and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
4  factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
5  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).